# Philadelphia *v.* Moore, Appellant.

*Municipalities—County treasurer—Commissions—Collection of state taxes.*
The treasurer of a county having more than 150,000 inhabitants is not entitled to retain for his own use commissions on the personal property tax and tax on municipal loans collected by him for the state.

Argued Jan. 12, 1904.   Appeal, No. 193, Jan. T., 1903, by defendant, from judgment of C. P. No. 2, Phila. Co., June T., 1903, No. 856, on case stated in suit of City of Philadelphia v. J. Hampton Moore.   Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT and THOMPSON, JJ.   Affirmed.

Cases stated to determine right of city treasurer to certain commissions.

For the facts see Philadelphia v. McMichael, ante, p. 297.

*Error assigned* was in entering judgment for plaintiff on the case stated.

*J. Martin Rommel* and *John G. Johnson,* for appellant.

*Joseph W. Catharine,* assistant city solicitor, with him *John L. Kinsey,* city solicitor, for appellee.

OPINION BY MR. JUSTICE DEAN, March 7, 1904 :

In Commonwealth v. Phila. County, 157 Pa. 531, as between the state and the county, after most careful consideration we determined this tax on personal property was a tax payable by the county to the state ; that the county treasurer in receiving and paying it over to the state was the agent or officer of the

county. Nothing that has occurred in the intervening years has caused us to doubt the soundness of that decision. At the same time we held, that as to the license and mercantile tax, the county treasurer acted solely as the agent for the state. It follows that the judgment of the court below for the reasons given by the learned president judge of that court in Phila. County v. McMichael must be affirmed.

It is affirmed accordingly.